UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RABBI JORGE A. BAR-LEVY,<br><br>       Plaintiff,<br><br>-against-<br><br>LAURA FARNSWORTH DOGU; U.S. EMBASSY IN HONDURAS; U.S. DEPARTMENT OF STATE,<br><br>       Defendants. | 23-CV-8925 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the October 24, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  October 24, 2023
     New York, New York

                 /s/ Laura Taylor Swain
                 LAURA TAYLOR SWAIN
               Chief United States District Judge